1  Kevin P. Rooney, #107554
   Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2  2445 Capitol Street, Suite 150
   Fresno, CA  93721
3  Tel: (559) 233-5333
   Fax: (559) 233-4333
4  Attorney for Defendant, GERARDO PEREZ

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,            )   Case No.: 1:21-CR-185 NONE/SKO
                                         )
10            Plaintiff,                  )
                                         )
11       vs.                             )   Stipulation and Order Regarding
                                         )   Property Bond and PreTrial Release
12   GERARDO PEREZ,                       )
                                         )
13            Defendant.                  )
                                         )
14  _____ )

15       The parties to this action, by and through their respective counsel, hereby stipulate as

16  follows:

17

18       1.    That Mr. Gerardo Perez was previously Ordered released pending trial pursuant to

19  certain conditions.

20

21       2.    One of the conditions of release was the posting of a property bond encumbering

22  all available equity in the residence located at 2402 N. Wishon Avenue, Fresno California with

23  that available equity to be a minimum of Two Hundred Thousand Dollars ($200,000.)

24

25       3.    Upon review of an appraisal of that Wishon Avenue property and the examination

26  of a preliminary title report, defense counsel has advised government counsel and the assigned

27  PreTrial Services Officer, that the available equity is approximately One Hundred Sixty Nine

    Thousand Dollars ($169,000).

                                            1

4.      Counsel for the government is aware of the above-described shortfall in equity and is willing to accept the property bond for the Wishon Avenue property as security for Mr. Gerardo Perez' release. Defense counsel represents to the Court that the assigned PreTrial Services Officer has been informed of the above-described shortfall in equity and that PreTrial Services considers the Wishon Avenue property a suitable security with knowledge of that shortfall.

5.      Counsel for the government and defense stipulate and agree that the Conditions of Release previously imposed  by the Court should be modified as follows (the modified language is italicized):

(7)(i) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A property bond secured by the total equity of not less than *approximately $169,000* in the residence owned by Marry Ann Perez (girlfriend's adult daughter)

6.      One of the conditions of release was Mr. Gerardo Perez' immediate transportation to an inpatient substance abuse treatment facility. Mr. Perez was ordered to be escorted by a responsible party coordinated by defense counsel.  PTSO DeLaTorre has confirmed that the inpatient program which Mr. Perez has been ordered to attend will not transport him from the Fresno County Jail to that facility.  Defense counsel has represented that Mr. Perez does not have any family members who are both available and suitable to transport him. Defense Counsel has contacted the Fresno branch of the Office of the Federal Defender, spoken with CJA coordinator Connie Garcia and confirmed that Federal Defender's Office personnel are not permitted to transport clients represented by CJA panel counsel. Defense counsel has also been advised that CJA compensation for transportation by an investigator or counsel may be challenged unless specifically ordered by the Court.  Counsel for the government

1

and defense stipulate and agree that the Conditions of Release previously imposed  by the Court

2

should be modified as follows (the modified language is italicized):

3

4

(7)(m) participate in the substance abuse treatment program at inpatient facility

5

Community Social Model Advocates and comply with all the rules and regulations of the

program. You must remain at the inpatient facility until released by the pretrial services

6

officer. A responsible party coordinated by defense counsel must escort you to all

7

required court hearings and escort you back to the inpatient facility upon completion of

8

the hearing. *Defense counsel is authorized to use the services of a professional*

9

*investigator, including but not limited to Robert Gonzalez, or defense counsel or other*

10

*members of counsel's professional staff to perform the escorts described above.  Defense*

11

*counsel is also ordered to arrange Mr. Gerardo Perez' initial transportation from*

12

*custody to the inpatient facility Community Social Model Advocates and authorized to*

*use the services of a professional investigator, including but not limited to Robert*

13

*Gonzalez, or defense counsel or other members of counsel's professional staff, for that*

14

*transportation.*

15

It is so stipulated:

16

17

Dated:  August 16, 2021                                    /s Kevin Rooney
                                                                          KEVIN P. ROONEY

18                                                                         Attorney for defendant
                                                                          GERARDO PEREZ

19

20

Dated: August 16,  2021                                   PHILLIP A. TALBERT
                                                                          Acting United States Attorney

21

22                                                                         /s_ Katherine Schuh
                                                                          KATHERINE SCHUH

23                                                                         Assistant United States Attorney

24

25

26

27

3

1      IN THE UNITED STATES DISTRICT COURT FOR THE

2             EASTERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,            )   Case No.: 1:21-CR-185 NONE/SKO
                                          )
5              Plaintiff,                 )
                                          )   Order Regarding Property Bond
6         vs.                             )   and PreTrial Release
                                          )
7    GERARDO PEREZ,                       )
                                          )
8              Defendant.                 )
                                          )
9    _____     )

10

11          Pursuant to the stipulation of the parties, and having duly considered the matter, the Court

12   makes the following findings:

13          That the amount of equity available in the property located at 2402 N. Wishon Avenue,

14   Fresno, California provides sufficient security for Mr. Gerardo Perez' conditions of release;

15          That a responsible individual must be responsible for transporting Mr. Perez from his

16   custody facility to his inpatient substance abuse facility;

17

18          That the inpatient substance abuse facility will not provide that transportation;

19          That Mr. Perez does not have a family member that is both available and suitable to

20   provide that transportation;

21          That the Office of the Federal Defender will not transport someone, such as Mr. Perez,

22   who is represented by CJA Panel Counsel and not by the Office of the Federal Defender.

23          Based on these findings, the stipulation of the parties, the PreTrial Services Reports, and

24   other evidence and arguments presented to the Court;

25

26

27

4

IT IS HEREBY ORDERED THAT:

The Conditions of PreTrial Release previously issued in the above-captioned case as to Gerardo Perez only are modified as set forth below (the modifications are italicized):

(7)(i) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A property bond secured by the total equity of not less than *approximately $169,000* in the residence owned by Marry Ann Perez (girlfriend's adult daughter)

(7)(m) participate in the substance abuse treatment program at inpatient facility Community Social Model Advocates and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer. A responsible party coordinated by defense counsel must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing. *Defense counsel is authorized to use the services of a professional investigator, including but not limited to Robert Gonzalez, or defense counsel or other members of counsel's professional staff to perform the escorts described above.  Defense counsel is also ordered to arrange Mr. Gerardo Perez' initial transportation from custody to the inpatient facility Community Social Model Advocates and authorized to use the services of a professional investigator, including but not limited to Robert Gonzalez, or defense counsel or other members of counsel's professional staff, for that transportation.*

All other conditions of PreTrial Release previously ORDERED remain in full force and effect.

IT IS SO ORDERED.

Dated:  8/17/2021

_Sheila K. Oberto_

Hon. SHEILA K. OBERTO
United States Magistrate Judge

5