PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00185-NONE-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE RE: RESIDENTIAL DRUG TREATMENT; ORDER THEREON |
| v. | |
| GERARDO PEREZ, | DATE: September 22, 2021 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 22, 2021 regarding defendant's placement in a substance abuse treatment program.

2. According to the defendant's pretrial services office, the defendant entered a residential substance abuse treatment program on September 3, 2021 and is in compliance with all of the rules.

\\\
\\\
\\\
\\\
\\\

1

3. In light of the above, the parties agree and stipulate, and request that the Court VACATE the status hearing set for September 22, 2021.

SO STIPULATED.

| Dated: September 21, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|---|---|
| | /s/ KATHERINE E. SCHUH<br>KATHERINE E. SCHUH<br>Assistant United States Attorney |
| Dated: September 21, 2021 | /s/ Kevin Rooney<br>Kevin Rooney<br>Counsel for Defendant<br>GERARDO PEREZ |

**ORDER**

Pursuant to the parties' stipulation, the Court VACATES the status hearing set for September 22, 2021.

IT IS SO ORDERED.

Dated: **September 21, 2021**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2