Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, GERARDO PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21 CR 185   JLT/SKO |
| Plaintiff, | Stipulation and Order To Modify Conditions of PreTrial Release |
| vs. | |
| GERARDO PEREZ, | |
| Defendant. | |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. The parties, at the request of the PreTrial Services Office (PTS), agree that Mr. Perez' condition of release 7(o), requiring participation in drug treatment, be modified to require such treatment only when directed by the PTS Officer.

///

///

1

2. Mr. Perez successfully completed residential drug treatment in December 2021. He successfully completed out-patient residential drug treatment in February 2023. Mr. Perez has been and will continue to be randomly tested for drugs and alcohol. To date, all tests have been negative.

It is so stipulated and agreed.

Dated: September 30, 2024                               PHILLIP A. TALBERT U.S. ATTORNEY

/s/ Kimberely A. Sanchez
KIMBERELY A. SANCHEZ
Assistant United States Attorney

Dated: September 30, 2024                               Respectfully submitted,

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Gerardo Perez

## ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the conditions of PreTrial release in this matter are hereby modified as follows: Condition of release 7(o), requiring participation in drug treatment, be modified to require such treatment only when directed by the PTS Officer.
IT IS SO ORDERED.

Dated: **September 30, 2024**                               /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE