AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>__GERARDO PEREZ__<br>*Defendant* | ) Case No.<br>)<br>) 1:21 CR 185 JLT/BAM<br>)<br>) |

FILED
JAN 06 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/6/25

_Gerardo Perez_
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kevin Rooney
*Printed name of defendant's attorney*

_Jennifer Thurston_
*Judge's signature*

Hon. Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*