Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, GERARDO PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:21-CR-00185-2 |
| Plaintiff, | ) MOTION TO EXONERATE BOND AND ALL SECURITY PLEDGED IN THS CASE; |
| vs. | ) ORDER THEREON |
| GERARDO PEREZ, | ) |
| Defendant. | ) |

Defendant GERARDO PEREZ, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court to exonerate the entirety of the security which guaranteed Mr. Perez' appearance in this case.

On or about September 2, 2021, secured bond totaling $174,000 was posted by Mr. Perez and his third-party custodian, Maryann Perez, and Mr. Perez was released from custody. On January 6, 2025, and Mr. Perez entered a guilty plea and on April 7, 2025, Mr. Perez was sentenced by the Honorable Jennifer L. Thurston.

At the conclusion of the April 7 hearing, Mr. Perez was remanded to serve his sentence.

///

///

1

Mr. Perez respectfully requests the Court exonerate the entirety of his secured bond of $174,000, corresponding to the $5,000 cash payment received by the Court and a property bond for total equity of not less than $169,000, APN 4443-324-16, as documented in Deed Of Trust Number 2021-0135237, posted with the court on August 25, 2021.

Dated: January 1, 2026

/s/ Kevin Rooney
Kevin P. Rooney
Attorney for Defendant,
Gerardo Perez

## **ORDER**

IT IS ORDERED THAT the above request for the Court to exonerate all security pledged on behalf of Gerardo Perez in this case, more specifically $5,000 cash and a property bond for a minimum of $169,000, APN 4443-324-16,  as documented in Deed Of Trust Number 2021-0135237, posted with the court on August 25, 2021, is hereby granted; and all security in this case is exonerated and shall be returned to its owners.

IT IS SO ORDERED.

Dated:    **January 14, 2026**

_____
UNITED STATES DISTRICT JUDGE